UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO MENDOZA-MERAZ,<br><br>Defendant. | NO: 1:14-CR-2063-TOR<br><br>ORDER DISMISSING INDICTMENT |

Before the Court is the government's oral motion to dismiss the Indictment pursuant to the terms of the plea agreement in case number 1:15-CR-2005-TOR. The Court has considered the motion which was made after the sentencing hearing in the companion case on July 28, 2015 and is fully informed. For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, IT IS HEREBY ORDERED:

1. The government's oral motion to dismiss the Indictment is GRANTED.

ORDER DISMISSING INDICTMENT ~ 1

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** July 29, 2015



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT ~ 2